# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1717

_____

United States of America,     *
                        *

        Appellee,        *

                         *   Appeal from the United States
    v.                    *   District Court for the
                         *   District of Nebraska.

Luis Antonio Flores-Dominguez,     *

                         *   [UNPUBLISHED]
        Appellant.      *

_____

Submitted:  November 5, 2007
Filed:  November 8, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Luis Antonio Flores-Dominguez challenges the 120-month prison sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute 500 grams or more of a mixture or substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1), and 846.  Flores-Dominguez's counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the district court should have had discretion to sentence Flores-Dominguez below the mandatory minimum notwithstanding his ineligibility for a safety-valve reduction, and that his sentence is

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

unreasonable.  We conclude that Flores-Dominguez's sentence is not unreasonable because 120 months was the statutory minimum.  See United States v. Gregg, 451 F.3d 930, 937 (8th Cir. 2006); United States v. Chacon, 330 F.3d 1065, 1066 (8th Cir. 2003).  After reviewing the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Accordingly, the judgment of the district court is affirmed.

_____